JS-6

# United States District Court
## Central District of California

LUIS VILLEGAS,

    Plaintiff,

v.

VAN CHAU, et al.,

    Defendants.

Case No. CV 20-07292-VAP (PDx)

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated:  October 2, 2020

                        VIRGINIA A. PHILLIPS
                        United States District Judge